# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HOLLIE CUROLE,                                  )
                                               )     Case No.  2:15-cv-01639-JAD-CWH
                              Plaintiff,        )
vs.                                            )     **ORDER**
                                               )
BURGER KING CORP., *et al.*,                    )
                                               )
                              Defendant.        )
_____)

On December 17, 2015, the court entered an order (ECF No. 27) advising attorney Elizabeth R. Mikesell that under Local Rule 26-8, discovery-related documents must not be filed unless ordered by the court.  No such order has been entered by the court in this case.  The court further advised Ms. Mikesell that failure to abide by the court's order and the local rules may result in sanctions.

On January 20, 2016, Ms. Mikesell filed additional discovery documents (ECF No. 28) in contravention of the court's previous order (ECF No. 27) and Local Rule 26-8.  As a sanction under LR IA 4-1(c) and (d), the court therefore will order Ms. Mikesell to certify in writing that she has personally reviewed the provisions of Local Rule 26-8.  The certification must be filed by February 1, 2016.  Ms. Mikesell is advised that failure to abide by this order may result in the imposition of additional sanctions.

IT IS THEREFORE ORDERED that Ms. Mikesell must file a written certification that she has personally reviewed LR 26-8 by February 1, 2016.

IT IS FURTHER ORDERED that the Clerk of Court must strike Third Party Defendant Anthony Ramos' Initial FRCP 26(a) List of Witnesses and Documents (ECF No. 28).

DATED: January 21, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**