1  **KEVIN S. SMITH, ESQ.**
   Nevada Bar No. 7184
2  **DOUGLAS M. ROWAN, ESQ.**
   Nevada Bar No. 4736
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South 4th Street, 11th Floor
4  Las Vegas, NV 89101
   (702) 727-1400; FAX (702) 727-1401
5  Kevin.smith@wilsonelser.com
   Douglas.rowan@wilsonelser.com
6  Attorneys for Defendant/Third-Party Plaintiff
   BURGER KING CORPORATION & TARYN BARNES

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HOLLIE CUROLE,<br><br>                Plaintiff,<br><br>vs.<br><br>TARYN BARNES; BURGER KING CORPORATION; DOES I through X; ROE CORPORATIONS I through X, Inclusive;<br><br>                Defendants. | CASE NO: 2:15-cv-01639-JAD-CWH<br><br>**NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |
| BURGER KING CORPORATION,<br><br>                Third-Party Plaintiff,<br><br>vs.<br><br>ANTHONY RAMOS,<br><br>                Third-Party Defendant. | |
| TARYN BARNES<br><br>                Third-Party Plaintiff,<br><br>vs.<br><br>ANTHONY RAMOS,<br><br>                Third-Party Defendant. | |

   TO: CLERK OF THE COURT; and

   TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

966482v.1

Defendants BURGER KING CORPORATION and TARYN BARNES, by and through its counsel of record, KEVIN S. SMITH, ESQ. and DOUGLAS M. ROWAN, ESQ. of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby advises the Court and all other parties that counsel KYM SAMUEL CUSHING, ESQ., is no longer the attorney of record in this case. Defendants request that Mr. Cushing be removed from the Court's electronic service list.

NOTICE IS HEREBY GIVEN that KEVIN S. SMITH, ESQ. and DOUGLAS M. ROWAN, ESQ. will continue as the attorneys of record on behalf of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP for defendants BURGER KING CORPORATION and TARYN BARNES. The firm name, address, telephone number, and fax number will remain the same.

DATED this 3rd day of June, 2016.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____
**KEVIN S. SMITH, ESQ.**
Nevada Bar No. 7184
**DOUGLAS M. ROWAN, ESQ.**
Nevada Bar No. 4736
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Attorneys for Defendant/Third-Party Plaintiff BURGER KING CORPORATION

IT IS SO ORDERED.
DATED: June 7, 2016

_____
UNITED STATES MAGISTRATE JUDGE

966482v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this _3_ day of June, 2016, I served a true and correct copy of the foregoing **NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

☐ via hand-delivery to the addressees listed below; and/or

☐ via facsimile; and/or

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m. (PST/PDT).

Ralph E. Porter, Esq.
**RALPH PORTER & ASSOCIATES, P.C.**
525 South Ninth Street
Las Vegas, Nevada 89101
(702) 384-5800
Attorneys for Plaintiff

Elizabeth R. Mikesell, Esq.
**LAW OFFICES OF ELIZABETH MIKESELL**
7251 West Lake Mead Boulevard, Suite 250
Las Vegas, Nevada 89128
(702) 228-3176; Fax (866) 221-6108
Attorney for Third-Party Defendant
Anthony Ramos

_____
An employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3

966482v.1