UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HOLLIE CUROLE,<br><br>      Plaintiff(s),<br><br>      vs<br><br>BURGER KING CORPORATION, et al.,<br><br>      Defendant(s). | Case #2:15-CV-1639-JAD-CWH<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of **March 28, 2017,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Carl W. Hoffman** for a settlement conference.

DATED this 26th day of July, 2017.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE