```
 1  DOUGLAS M. ROWAN, ESQ.
    Nevada Bar No. 4736
 2  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    300 South 4th Street, 11th Floor
 3  Las Vegas, NV 89101
    (702) 727-1400; FAX (702) 727-1401
 4  Kevin.smith@wilsonelser.com
    Douglas.rowan@wilsonelser.com
 5  Attorneys for Defendants BURGER KING CORPORATION and TARYN BARNES
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLLIE CUROLE,<br><br>Plaintiff,<br><br>vs.<br><br>TARYN BARNES; BURGER KING CORPORATION; DOES I through X; ROE CORPORATIONS I through X, Inclusive;<br><br>Defendants. | CASE NO: 2:15-cv-01639-JAD-CWH<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE<br><br>ECF No 61 |
| BURGER KING CORPORATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ANTHONY RAMOS,<br><br>Third-Party Defendant. | |
| TARYN BARNES<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ANTHONY RAMOS,<br><br>Third-Party Defendant. | |

Plaintiff HOLLIE CUROLE, by and through her counsel of record RALPH E. PORTER., of RALPH PORTER & ASSOCIATES, P.C., and Defendants TARYN BARNES and BURGER KING CORPORATION, by and through their counsel of record, DOUGLAS M. ROWAN, ESQ., of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to the

1123037v.1

dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

DATED this 5 day of April, 2017.                    DATED this 29 day of March, 2017.

WILSON, ELSER, MOSKOWITZ,                           RALPH PORTER & ASSOCIATES, P.C.
EDELMAN & DICKER LLP

BY: /s/ Douglas M. Rowan                            BY: /s/ Ralph E. Porter
Douglas M. Rowan, Esq.                              Ralph E. Porter, Esq.
Nevada Bar No. 4736                                 Nevada Bar No. 4130
300 South Fourth Street, 11th Floor                 525 South Ninth Street
Las Vegas, Nevada 89101                             Las Vegas, Nevada 89101
Attorneys for Defendants BURGER KING                Attorney for Plaintiff
CORPORATION and TARYN BARNES                        HOLLIE CUROLE

## ORDER

Based on the parties' stipulation [61] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
April 6, 2017

2

1123037v.1